UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DWAYNE PAGE, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>ENHANCED RECOVERY COMPANY, LLC D/B/A ERC<br><br>Defendant. | The Clerk of Court shall CLOSE this matter.<br>So Ordered on November 14, 2018.<br><br>*/s/ Esther Salas*<br>Hon. Esther Salas, U.S.D.J.<br><br>Civil Action No. 2:18-cv-01781-ES-SCM |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice as to all claims brought by Plaintiff in his individual capacity against Defendant in this matter, and without prejudice as to the members of the proposed class as defined in the Complaint pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its respective attorney's fees and costs.

Dated: November 14, 2018

**Law Offices of Gus Michael Farinella, PC**

By: /s/ Ryan Gentile
Ryan Gentile, Esq.
110 Jericho Turnpike - Suite 100
Floral Park NY 11001
Tel. 516-326-2333
Email: rlg@lawgmf.com
*Attorneys for Plaintiff*

**SMITH, GAMBRELL & RUSSELL, LLP**

By: /s/ Michael R. Glanzman
Michael R. Glanzman, Esq.
1301 Avenue of the Americas
21st Floor
New York, New York 10019
Email: mglanzman@sgrlaw.com
*Attorneys for Defendant*